IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS P. PETERSON, as Executor of the Estate of JUANITA E. PETERSON, Deceased<br><br>Plaintiff,<br><br>v.<br><br>COVENANT CARE MIDWEST, INC. d/b/a CEDAR RIDGE HEALTH AND REHAB CARE CENTER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Cause No. 3:13-cv-00431-JPG-PMF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

COMES NOW defendant, Covenant Care Midwest, Inc., d/b/a Cedar Ridge Health & Rehab Care Center (hereinafter "Defendant"), by and through its attorneys, Sandberg Phoenix & von Gontard P.C., pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and Rule 81(c) of the Federal Rules of Civil Procedure, and for its Joint Notice of Removal, states as follows:

1.  A civil action, Cause No. 13-L-149, was commenced on March 20, 2013, in the Circuit Court of St. Clair County, Illinois, by plaintiff, Louis P. Peterson, as Executor of the Estate of Juanita E. Peterson, deceased (hereinafter "Plaintiff"), against Defendant.

2.  A copy of Plaintiff's "Complaint At Law" initiating this civil action (the "Complaint") is attached hereto, along with copies of all other documents for this action within the file of the Circuit Court of St. Clair County, Illinois (collectively, the "State

Court File") as of the time of removal. (Due to the size of the state court file, it has been divided into multiple attachments for purposes of electronic filing.)

3. Additionally, a copy of the Civil Cover Sheet prepared for this removal is attached hereto.

4. The four-count Complaint alleges violations of the Nursing Home Care Act, wrongful death and negligence arising out of decedent's residence at Defendant's skilled nursing facility [see Complaint].

5. The Complaint alleges that as a proximate result of Defendant's alleged actions, decedent suffered personal, permanent and pecuniary damages. [see Complaint at Count I, ¶ 11 and Count 2, ¶ 6]

6. The Complaint further alleges Defendant's actions caused decedent's untimely death by allowing her to develop hypoglycemia, infection, malnutrition and dehydration, impeding her bodily healing and ability to function properly, and, as a result, plaintiff has been deprived of loss of association. [see Complaint at Count 3, ¶¶ 4-5 and Count 4; ¶¶ 4-5].

7. Plaintiff is a citizen of Illinois. Plaintiff's decedent was a citizen of Illinois.

8. Defendant is a California corporation with its principal place of business in California.

9. Complete diversity of citizenship between Plaintiff and Defendant exists in this case.

10. The amount in controversy exceeds $75,000, exclusive of any interest and costs, because the Complaint contends that Defendant's alleged negligence and violations of the Nursing Home Care Act caused decedent to suffer personal,

permanent and pecuniary damages and further caused decedent's untimely death by allowing her to develop hypoglycemia, infection, malnutrition and dehydration, impeding her bodily healing and ability to function properly, and, as a result, plaintiff has been deprived of loss of association. [see Complaint, at Count I, ¶ 11; Count 2, ¶ 6; Count 3, ¶¶ 4-5 and Count 4; ¶¶ 4-5].

11. Based on Plaintiff's contentions in the Complaint regarding the alleged damages sustained, as detailed above, there is no basis to conclude with legal certainty that plaintiff's claim is for less than the jurisdictional minimum. See Oshana v. Coca-Cola Co., 472 F.3d 506, 511 (7th Cir. 2006) (a good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence; once the defendants have established the requisite amount in controversy, the plaintiff can defeat jurisdiction only if "it appears to a legal certainty that the claim is really for less than the jurisdictional amount").

12. This Notice of Removal is timely because it is being filed within 30 days of April 5, 2013, the date on which Defendant was served with process in this action, as reflected in the state court file.

13. For all of the above reasons, this Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

14. In connection with filing this Notice of Removal, Defendant will provide written notice thereof to Plaintiff and to the Circuit Court of St. Clair County, Illinois.

WHEREFORE, Defendant hereby removes this case from the Circuit Court of St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois.

DEFENDANTS DEMAND TRIAL BY JURY.

                              SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ Jaime L. Bremerkamp
Stephen M. Strum, #6200251
Jeffrey L. Dunn, #6269679
Jaime L. Bremerkamp, #6291988
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
E-mail: sstrum@sandbergphoenix.com
          jdunn@sandbergphoenix.com
          jbremerkamp@sandbergphoenix.com

Attorneys for Defendant
Covenant Care Midwest, Inc. d/b/a Cedar Ridge Health and Rehab Care Center

### Certificate of Service

I hereby certify that on 3rd day of May, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jack A. Strellis
Strellis & Field, Chartered
115 East Mill Street
Waterloo, IL 62298
jstrellis@strellislaw.com

                                              /s/ Jaime L. Bremerkamp