IN THE UNITED STATES DISRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS P. PETERSON, as Executor of The Estate of JUANITA E. PETERSON, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>COVENANT CARE MIDWEST, INC. d/b/a CEDAR RIDGE HEALTH AND REHAB CARE CENTER,<br><br>    Defendant. | No. 13-431-JPB-PMF |

## STIPULATION FOR DISMISSAL

NOW COMES Plaintiff, LOUIS P. PETERSON, as Executor of the Estate of Juanita E. Peterson, Deceased, by and through his attorneys and hereby dismisses with prejudice all claims against Defendant, COVENANT CARE MIDWEST, INC. d/b/a CEDAR RIDGE HEALTH AND REHAB CARE CENTER, with each party to bear their own Court costs.

Respectfully submitted,

STRELLIS & FIELD, CHARTERED

/s/ Jack A. Strellis
Jack Strellis (#61342)
Strellis & Field, Chartered
115 East Mill Street
Waterloo, IL 62298
(618) 939-3404
ATTORNEYS FOR PLAINTIFF

SANDBERG PHOENIX & VON GONTARD, P.C.

/s/ Jeffrey L. Dunn
Jeffrey L. Dunn (#6269679)
600 Washington Avenue – 15th Floor
St. Louis, MO 63101-1313
(314) 231-3332
ATTORNEYS FOR DEFENDANT