UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS P. PETERSON, *as Executor of the Estate of Juanita E. Peterson, deceased*,<br><br>    Plaintiff,<br><br>    v.<br><br>COVENANT CARE MIDWEST, INC., *doing business as Cedar Ridge Health and Rehab Center,*<br><br>    Defendant. | Case No. 13-cv-431JPG/PMF |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 38). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: May 19, 2014

                                        *s/J. Phil Gilbert*
                                        UNITED STATES DISTRICT JUDGE